Argued and submitted July 7, 1993, affirmed May 4, 1994

## STATE OF OREGON,
*Appellant,*

*v.*

## STEVEN ROSS TAYLOR,
*Respondent.*

(92-CR-0281-ST; CA A76965)

873 P2d 344

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Richard E. Forcum argued the cause for respondent. With him on the brief was Forcum and Speck.

Before Richardson, Chief Judge, and Riggs and Haselton,* Judges.

PER CURIAM

Affirmed. *State v. Cookman*, 127 Or App 283, 873 P2d 335 (1994).

---

* Haselton, J., *vice* Durham, J.